## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEILA A SKAGGS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-2406 |
| | ) |
| FERRELLGAS, INC., | ) |
| | ) |
| Defendant. | ) |

### **DEFENDANT FERRELLGAS, INC.'S NOTICE OF REMOVAL**

Defendant Ferrellgas, Inc. ("Defendant" or "Ferrellgas"), with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations, removes the above-captioned matter from the Circuit Court of Bartholomew County, Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support thereof, Defendant states the following:

### THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

**1.** On August 5, 2021, an action was commenced in the Circuit Court of Bartholomew County, Indiana, entitled *Sheila A. Skaggs v. Ferrellgas, Inc.* with assigned Case Number 03C01-2108-CT-004086.

**2.** As required by 28 U.S.C. § 1446(a) and local rule 81-2, a copy of the Circuit Court docket sheet and a complete copy of all records and proceedings from the Circuit Court of Bartholomew County, is attached as Exhibit A.

**3.** As required by local rule 81-2(c), a copy of the operative Complaint from the Bartholomew Circuit Court action is attached as Exhibit B.

**4.** On August 10, 2021, Plaintiff served a copy of the Complaint for Damages on

Defendant Ferrellgas, Inc. by certified mail on its registered agent for service of process in Indiana.

**5.** This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. § 1446(a) as it is the United States District Court embracing the Circuit Court of Bartholomew County, Indiana, where Plaintiff's Complaint is currently pending. *See* 28 U.S.C. § 94(b).

**6.** Without waiving any objection to service, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), because the same has been filed within thirty (30) days of service on Defendant.

**7.** Pursuant to 28 U.S.C. § 1446(d), Defendant filed written notice of this removal with the Clerk of the Circuit Court of Bartholomew County, where Plaintiff's Complaint is currently pending. A copy of this Notice of Removal and the written notice of the same have been served upon Plaintiff.

### COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

**8.** As stated in Plaintiff's Complaint, Plaintiff Sheila Skaggs resides in and is a citizen of the State of Indiana.

**9.** Defendant Ferrellgas, Inc. is a corporation formed under the laws of Delaware. Ferrellgas, Inc. has its principal place of business in Kansas. Pursuant to 28 U.S.C. § 1332 (c)(1), Defendant Ferrellgas, Inc. is a citizen of Delaware and Kansas.

### THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

**10.** Plaintiff has not specified a specific amount of damages in her state court petition.

**11.** However, Plaintiff alleges that she has suffered catastrophic injuries to her person, has incurred economic loss including wage loss, has suffered permanent impairment, has suffered permanent scarring, has suffered physical and emotional pain, has missed opportunities to enjoy life, and will continue in the future to incur such losses and damages.

12. Upon information and belief, Plaintiff alleges burns to her face, airways, and hands, including permanent scarring of the same.

13. Because Plaintiff is claiming catastrophic injuries and permanent scarring to her face and hand, the amount in controversy here will most certainly exceed $75,000.

14. The amount in controversy, exclusive of interest and costs at issue, satisfies the jurisdictional amount requirement.

WHEREFORE, for the foregoing reasons, Defendant removes this action from the Circuit Court of Bartholomew County, Indiana, to this Court pursuant to 28 U.S.C. §§ 1332, 1141, and 1446.

Respectfully submitted,

CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

/s/ Keith A. Gaston, Esq.
Keith A. Gaston, Esq., #7069-49
3077 E. 98th Street, Suite 280
Indianapolis, IN 46280
Ph: (317) 816-0300
Fax:   (317) 816-1604

*Counsel for Defendant, Ferrellgas, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by first-class U.S. Mail:

John P. Daly, Jr., Esq.
GOLITKO & DALY, PC
9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260

/s/ Keith A. Gaston, Esq.