This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Sheila Skaggs v. Ferrellgas, Inc.

| | |
|---|---|
| Case Number | 03C01-2108-CT-004086 |
| Court | Bartholomew Circuit Court |
| Type | CT - Civil Tort |
| Filed | 08/05/2021 |
| Status | 08/05/2021 , Pending (active) |

## Parties to the Case

Defendant   Ferrellgas, Inc.



EXHIBIT A

Address
c/o CT Corporation System, Registered Agent
334 N. Senate Avenue
Indianapolis, IN 46204

Attorney
Keith A Gaston
*#706949, Lead, Retained*

CRUSER MITCHELL NOVITZ SANCHEZ GASTON & ZIMET LLP
3077 East 98th Street
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Attorney
Bruce D. Jones
*#2862429, Retained*

Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
3077 East 98th Street
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Attorney
Bradley Michael Owen
*#3271132, Retained*

Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
3077 E 98th Street, Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Attorney
Rachel O. Webster
*#3425149, Retained*

Cruser Mitchell Novitz Sanchez Gaston & Zimet, LLP
3077 E. 98th St.
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Plaintiff      Skaggs, Sheila

Address
5220 Vinewood Court
Columbus, IN 47203

Attorney
John Patrick Daly Jr.
*#1153449, Retained*

9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260
317-566-9600(W)

## Chronological Case Summary

| 08/05/2021 | Case Opened as a New Filing |
|---|---|

### 08/05/2021    Complaint/Equivalent Pleading Filed
Complaint for Damages and Jury Demand

| Filed By: | Skaggs, Sheila |
|---|---|
| File Stamp: | 08/05/2021 |

### 08/05/2021    Appearance Filed
Appearance by Attorneys in Civil Case

| For Party: | Skaggs, Sheila |
|---|---|
| File Stamp: | 08/05/2021 |

### 08/05/2021    Subpoena/Summons Issued
Summons to Defendant

| Party: | Skaggs, Sheila |
|---|---|
| File Stamp: | 08/05/2021 |

### 08/05/2021    Certificate of Issuance of Summons
Certificate of Issuance of Summons

| Filed By: | Skaggs, Sheila |
|---|---|
| File Stamp: | 08/05/2021 |

### 08/17/2021    Service Returned Served (E-Filing)
Skaggs -Notice of Proof of Service.pdf

Exhibit A-Notice of Proof of Service.pdf

Notice of Proof of Service on Defendant

| Filed By: | Skaggs, Sheila |
|---|---|
| File Stamp: | 08/17/2021 |

### 08/18/2021    Hearing Scheduling Activity
Modification Hearing scheduled for 08/31/2021 at 8:30 AM.

### 08/18/2021    Hearing Scheduling Activity
Modification Hearing scheduled for 08/31/2021 at 8:30 AM was cancelled. Reason: Assigned in Error.

### 08/31/2021    CANCELED Modification Hearing
| Reason: | Assigned in Error |
|---|---|
| Session: | |

08/31/2021 8:30 AM, Cancelled

### 09/07/2021    Appearance Filed
Appearance of Keith A. Gaston, Bruce D. Jones, Bradley M. Owen and Rachel O. Webster on behalf of Defendant Ferrellgas, Inc.

| For Party: | Ferrellgas, Inc. |
|---|---|
| File Stamp: | 09/07/2021 |

## Financial Information
* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Skaggs, Sheila**
Plaintiff

Balance Due (as of 09/09/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/05/2021 | Transaction Assessment | 157.00 |
| 08/05/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 1:21-cv-02406-TWP-DLP Document 1-1 Filed 09/09/21 Page 5 of 18 PageID #: 8

03C01-2108-CT-004086
Bartholomew Circuit Court

Filed: 8/5/2021 9:20 A
Cle
Bartholomew County, India

| | |
|---|---|
| STATE OF INDIANA | ) IN THE BARTHOLOMEW _____ COURT __ |
| | ) SS: |
| COUNTY OF BARTHOLOMEW | ) CAUSE NO.: 03C01-2108-CT-004086 |

SHEILA A. SKAGGS )
        Plaintiff, )
)
vs. )
)
FERRELLGAS, INC. )
)
        Defendant. )

## COMPLAINT FOR DAMAGES
## -AND-
## JURY DEMAND

Comes now the Plaintiff, Sheila A. Skaggs, by counsel, and for her claim for relief against the Defendant, Ferrellgas Inc., alleges and states as follows:

1. At all times relevant hereto, Plaintiff was a resident of the City of Columbus, County of Bartholomew, State of Indiana.

2. At all times relevant hereto, Defendant, Ferrellgas Inc. was a Foreign For-Profit Corporation, with its principal address at One Liberty Plaza, Liberty, MO 64068 with its registered agent located at CT Corporation System, 334 N. Senate Avenue, IN 46204.

3. At all relevant times herein, Plaintiff, Sheila Skaggs, was working at Faurecia Gladstone, 601 S. Gladstone Avenue, Columbus, IN 47201, an automotive technology supplier. (hereinafter "PREMISES").

4. Faurecia Gladstone utilized a 1000-pound, bulk storage liquified propane tank equipped with a pump and hose, for forklift drivers to drive up to and refill their propane tanks on the premises.

5. This equipment was installed, maintained, inspected, and repaired by Defendant, Ferrellgas, Inc on the premises.

6. On November 20, 2020, another fork truck operator of Faurecia Gladstone had finished refueling a LP powered forklift at the fill station and pulled away, tearing the fill hose in two. This allowed the LP gas to leak from the tank.

7. The fill hose contained a pull away to shut off the flow of LP in such an event. However, this safety feature failed due to the hose being too long and inappropriately being wrapped around the mounting station, which prevented the hose from separating at the pull away. The force from the fork truck operator pulling away was directed to the hose instead of the emergency shutoff valve, causing it to fail and LP gas to leak.

8. On November 20, 2020, Plaintiff, Sheila Skaggs, was on the premises as an employee of Faurecia Gladstone. She drove up to the filling station to fill a propane tank used for her forklift when an explosion ignited.

9. The LP gas equipment installed, maintained, inspected, and repaired by Ferrellgas, Inc. did not properly actuate, as Ferrellgas, Inc. was negligent in installing, maintaining, inspecting, and repairing their equipment.

10. As a result, Plaintiff, Sheila Skaggs, received severe burn injuries as a result of Ferrellgas, Inc.'s negligence.

11. Defendant, Ferrellgas, Inc., had a duty to properly install, maintain, inspect, and repair the LP gas equipment, including the hose, which was improper in length and inappropriately wrapped around the mounting station and created an unreasonable risk of injury.

12. The Defendant, Ferrellgas, Inc. at all relevant times herein, knew or reasonably should have known, that the LP gas equipment was improperly installed, which created an unreasonable risk of injury.

13. The Defendant, Ferrellgas, Inc. breached its duty to the Plaintiff, Sheila Skaggs, when it improperly installed the LP gas equipment and failed to remedy or fix the improper hose installation during its inspections, if any.

14. As a direct and proximate result of Defendant's careless and negligent acts and omissions, Plaintiff, Sheila Skaggs, has suffered catastrophic injuries to her person, has incurred economic loss including medical and prescription expenses, wage loss, permanent impairment, permanent scarring, has suffered physical and emotional pain, has missed opportunities to enjoy life, and will continue in the future to incur such losses and damages.

WHEREFORE, the Plaintiff, Sheila Skaggs, prays for judgment against the Defendant in an amount which will reasonably and fairly compensate her for all the losses and damages incurred to date and will incur in the future, for the costs of this action, and for all other relief just and proper in the premises.

Respectfully submitted,

s/ John P. Daly, Jr.
John P. Daly, Jr., Esq. #11534-49
**GOLITKO & DALY, PC**
9450 N. Meridian Street, Ste. 250
Indianapolis, IN 46260
john@golitkodaly.com
317.566.9600  Telephone
317.566.9606  Facsimile

## **REQUEST FOR JURY TRIAL**

Plaintiff, by counsel, pursuant to Rule 38(b) of the Indiana Rules of Trial Procedure, requests that this case be tried by jury.

*s/ John P. Daly, Jr.*
John P. Daly, Jr., Esq. #11534-49
**GOLITKO & DALY, PC**
9450 N. Meridian Street, Ste. 250
Indianapolis, IN 46260
john@golitkodaly.com
317.566.9600  Telephone
317.566.9606  Facsimile

Case 1:21-cv-02406-TWP-DLP   Document 1-1   Filed 09/09/21   Page 9 of 18 PageID #: 12

03C01-2108-CT-004086
Bartholomew Circuit Court

Filed: 8/5/2021 9:20 A
Cle
Bartholomew County, India

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW _____ COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO.: 03C01-2108-CT-004086 |

SHEILA A. SKAGGS )
        Plaintiff, )
)
vs. )
)
FERRELLGAS, INC. )
)
        Defendant. )

## APPEARANCE BY ATTORNEYS IN A CIVIL CASE

Party Classification: Initiating: __X__ Responding: _____ Intervening: _____

1.     The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### SHEILA A. SKAGGS

2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | | |
|---|---|---|---|---|
| NAME | : | John P. Daly Jr., Esq. | ATTORNEY NO. | : 11534-49 |
| ADDRESS | : | GOLITKO & DALY, PC | TELEPHONE | : 317.566.9600 |
| | | 9450 N. Meridian St., Ste. 250 | FACSIMILE | : 317.566.9606 |
| | | Indianapolis, IN 46260 | | |
| EMAIL ADDRESS: | | john@golitkodaly.com | | |

3.     There are other party members: Yes ___ No _X_ (*If yes, list on continuing page.*)

4.     *If first initiating party filing this case*, the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): __CT__

5.     I will accept service by fax at the above noted number: Yes ___ No _X_

6.     This case involves support issues: Yes ___ No _X_ (*If yes, supply social security numbers for all family members on continuing page.*)

7.     There are related cases: Yes ___ No _X_ (*If yes, list on continuation page.*)

8. This form has been served on all other parties. Certificate of Service is attached: Yes  X   No ___.

9. Additional information required by local rule: None.

Hereby submitted,

/S/ John P. Daly Jr., Esq.
John P. Daly Jr., Esq. #11534-49

**GOLITKO & DALY, PC**
9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260
T: (317) 566-9600
F: (317) 566-9606
john@golitkodaly.com
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the parties by attaching a copy to the Summons along with the Complaint filed herewith.

/S/ John P. Daly Jr., Esq.
John P. Daly Jr., Esq. #11534-49

2

# SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW _____ COURT __ |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO.: 03C01-2108-CT-004086 |

SHEILA A. SKAGGS )
        Plaintiff, )
 )
vs. )
 )
FERRELLGAS, INC. )
 )
        Defendant. )

TO DEFENDANT:   Ferrellgas, Inc.
c/o CT Corporation System, Registered Agent
334 N. Senate Avenue
Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by plaintiff.

    An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.

Dated: __8/5/2021__

_Shari J. Lentz_ (signature)
Clerk, Bartholomew Court

[SEAL — BARTHOLOMEW COUNTY INDIANA]

(The following manner of service of summons is hereby designated)

__XX__ Registered or certified mail.

_____ Service at place of employment, to-wit:_____

_____ Service on individual – (Personal or copy) at above address

_____ Service on agent. (Specify) _____

_____ Other service. (Specify) _____

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20__:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other service or remarks: _____

_____        _____
Sheriff's Costs                                           Sheriff

By: _____
    Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk, Bartholomew _____ Court

Dated: _____        By: _____
                                           Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20____.

Clerk, Bartholomew _____ Court

By: _____
    Deputy

| | |
|---|---|
| STATE OF INDIANA | ) IN THE BARTHOLOMEW CIRCUIT COURT 1 |
| | ) SS: |
| COUNTY OF BARTHOLOMEW | ) CAUSE NO.: 03C01-2108-CT004086 |

SHEILA A. SKAGGS )
       Plaintiff, )
    )
vs. )
    )
FERRELLGAS, INC. )
    )
       Defendant. )

## CERTIFICATE OF ISSUANCE OF SUMMONS

Comes now Plaintiff, by counsel, and pursuant Indiana Trial Rule 86(G)(2)(c), certifies that summons has been issued upon Defendant as follows:

1. Defendant, Ferrellgas, Inc., by certified mail, return receipt requested, tracking number 7018 2290 0002 1473 5623 mailed on August 5, 2021, in care of Registered Agent, CT Corporation System, 334 N. Senate Avenue, Indianapolis, IN 46204.

Respectfully Submitted,

*/S/ John P. Daly, Jr., Esq.*
John P. Daly, Jr., Esq. #11534-49

**GOLITKO & DALY, PC**
9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260
T: (317) 566-9600
F: (317) 566-9606
john@golitkodaly.com
*Counsel for Plaintiff*

Filed: 8/17/2021 9:12 A
Bartholomew Circuit Cou
Bartholomew County, India

| | |
|---|---|
| STATE OF INDIANA | ) IN THE BARTHOLOMEW CIRCUIT COURT 1 |
| | ) SS: |
| COUNTY OF BARTHOLOMEW | ) CAUSE NO.: 03C01-2108-CT004086 |
| | |
| SHEILA A. SKAGGS | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FERRELLGAS, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF PROOF OF SERVICE
## ON DEFENDANT

COMES NOW, the Plaintiff, Sheila A. Skaggs, by counsel, and files herein Notice of Proof that the Defendant, was served with the Complaint, Summons, and Appearance in the above-captioned matter, on August 10, 2021, by Certified Mail, in care of the Defendant's registered agent, CT Corporation System, 334 N. Senate Avenue, Indianapolis, IN 46204. A copy of the certified mailing proof of delivery is attached hereto, made a part hereof, and is marked as Exhibit "A."

Respectfully Submitted,

*/S/ John P. Daly, Jr., Esq.*
John P. Daly, Jr., Esq. #11534-49

**GOLITKO & DALY, PC**
9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260
T: (317) 566-9600
F: (317) 566-9606
john@golitkodaly.com
*Counsel for Plaintiff*

Filed: 8/17/2021 9:12 A
Bartholomew Circuit Cou
Bartholomew County, India



EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ferrellgas, Inc.
c/o CT Corporation system, Registered Agent
334 N. Senate Avenue
Indianapolis, In 46204

9590 9402 4422 8248 5332 47

2. Article Number (Transfer from service label)

7018 2290 0002 1473 5623

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

AUG 10 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

| STATE OF INDIANA | ) | IN THE BARTHOLOMEW CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03C01-2108-CT-004086 |

SHEILA A. SKAGGS, )
)
    Plaintiff, )
)
v. )
)
FERRELLGAS, INC., )
)
    Defendant. )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**  Initiating____ Responding _X_ Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

        **DEFENDANT, Ferrellgas, Inc.**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: Keith A. Gaston, Esq.        Atty. Number: 7069-49
Name: Bruce D. Jones, Esq.         Atty. Number: 28624-29
Name: Bradley M. Owen, Esq.        Atty. Number: 32711-32
Name: Rachel O. Webster, Esq.      Atty. Number: 34251-49
Address: Cruser, Mitchell, Novitz, Phone: (317) 816-0300
Sanchez, Gaston & Zimet, LLP       FAX: (317) 816-1604
3077 E. 98th Street, Suite 280     E-Mail: kgaston@cmlawfirm.com
Indianapolis, IN 46280             bjones@cmlawfirm.com
                                   bowen@cmlawfirm.com
                                   rwebster@cmlawfirm.com

**IMPORTANT:** Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney;** and

(c) understands that he/she is solely responsible for keeping his/her Roll of

    Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a CT case type as defined in Administrative Rule 8(B)(3).

4. This case involves child support issues. Yes__ No X

5. There are other party members: Yes__ No X

6. This case involves support issues. Yes__ No X

7. There are related cases: Yes__ No X

8. This form has been served on all other parties. Certificate of Service is attached: Yes__ No X

9. Additional information required by local rule:

    Respectfully submitted,

    CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

    /s/ Keith A. Gaston, Esq.
    Keith A. Gaston, Esq., #7069-49

    /s/ Bruce D. Jones, Esq.
    Bruce D. Jones, Esq., #28624-29

    /s/ Bradley M. Owen, Esq.
    Bradley M. Owen, Esq., #32711-32

    /s/ Rachel O. Webster, Esq.
    Rachel O. Webster, Esq., #34251-49

    *Counsel for Defendant, Ferrellgas, Inc.*

CRUSER, MITCHELL, NOVITZ, SANCHEZ,
GASTON & ZIMET, LLP
3077 E. 98th Street, Suite 280
Indianapolis, IN 46280
(317) 816 0300
(317) 816 1604 (fax)

## **CERTIFICATE OF SERVICE**

I certify that on September 7, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).

I also certify that on September 7, 2021, the foregoing document was served upon the following person via IEFS.

John P. Daly, Jr., Esq.
GOLITKO & DALY, PC
9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260

/s/ Bradley M. Owen, Esq.